IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD CHANG, | No. 07-02437 CW |
|     Plaintiff, | ORDER OF DISMISSAL |
|   v. | |
| GREATER BAY BANK, et al., | |
|     Defendants. | |

On June 7, 2007, the Court issued an Order Denying Application to Proceed In Forma Pauperis wherein Plaintiff was given thirty days from the date of the Order to amend his complaint. If Plaintiff did not file an amended complaint, his complaint would be dismissed for failure to prosecute. The thirty days has passed, and Plaintiff has not filed an amended complaint. Accordingly,

IT IS HEREBY ORDERED that the complaint in the above-captioned action is dismissed without prejudice for failure to prosecute.

7/31/07

Dated _____          _____
                                         CLAUDIA WILKEN
                                         United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHANG et al,

        Plaintiff,

v.

GREATER BAY BANK et al,

        Defendant.

Case Number: CV07-02437 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerard  Chang
1247 Vicente Street
San Francisco,  CA 94116

Dated: July 31, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2