OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

Sept 10, 2007

30 60 **90** DAYS
PAST DUE NOTICE

Gerard Chang
1247 Vicente Street
San Francisco CA 94116

**FILED**

SEP 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Re:   Chang VS Greater Bay Bank et al
      C07-02437-CW

Dear Sir/Madam:

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied on 6/7/07. However, our records reflect that we have not received your payment. This fee is now past due.

Please immediately provide a check to this office in the amount of $350.00 made payable to "Clerk, U.S. District Court." Include the case number on the check to insure proper credit.

Thank you for your cooperation.

Sincerely,

RICHARD W. WIEKING, Clerk

By: Cicie Kwan

Financial Technician