OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

# PAST DUE
# SECOND NOTICE

Gerard Chang
1247 Vicente Street
San Francisco, CA 94116

**Billing Date**
October 16, 2007

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied, however, our records reflect that we have not received your payment.

## *This fee is now past due for the following case:*

### Chang v. Greater Bay Bank et al

| Case Number | Filing Date | Fee Date | Number of Appeals | Amount Owed |
|---|---|---|---|---|
| 4:07-cv-02437 CW | 5/7/2007 | 6/7/2007 | 0 | $350.00 |

Please immediately provide a check to this office for the total of the above cases.
Make your check payable to "Clerk, U.S. District Court."
Include the case numbers on the check to insure proper credit.

If you have any questions about your bill, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.   Total amount due: $350.00**